UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| PATRICK KELLETT, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) Case No. 4:09 CV 1204 CDP |
| | ) |
| CUNNINGHAM PLUMBING CO., | ) |
| | ) |
| Defendant. | ) |

### **ORDER**

The Court having been advised by counsel that this action has been settled,

**IT IS HEREBY ORDERED** that all pending motions are denied without prejudice.

**IT IS FINALLY ORDERED** that counsel shall file, within thirty (30) days of the date of this order, a stipulation for dismissal, a motion for leave to voluntarily dismiss, or a proposed consent judgment. Failure to timely comply with this order shall result in the dismissal of this action with prejudice.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 19th day of October, 2009.